UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:13-CR-21-T-17TBM

CHARLTON WINSTON ABRAMS.
_____/

ORDER

This cause is before the Court on:

Dkt. 73    Motion for Judicial Recommendation that Movant
           Spend the Last Twelve Months of His Sentence at
           a Residential Re-Entry Center or Halfway House Placement

Defendant Charlton Winston Abrams requests a judicial recommendation that Movant spend the last twelve months of his sentence at a Residential Re-Entry Center or Halfway House Placement.

Defendant Abrams argues that during Defendant's term of incarceration, he has worked hard to rebuild his relationship with his family, and has completed educational classes to prepare for his future. Defendant Abrams asserts that he suffers from dyslexia, and the maximum time possible in a Residential Re-Entry Center or Halfway House would aid his transition. Defendant Abrams further argues that after release Defendant is homeless, and does not want to burden his family. Defendant Abrams asserts that with twelve months in a halfway house, Defendant will have time to get his GED, find employment and save enough money for his own place to live.

The Court notes that Defendant Abrams is due to be released on November 30, 2020. 18 U.S.C. Sec. 3624(c) requires that the BOP shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months (not to exceed 12 months) under conditions that afford that prisoner a reasonable opportunity to adjust to and prepare for reentry into the community, which may include a community correctional facility.

Based on the limited information available to the Court, the Court declines to make a recommendation. BOP policy requires an individualized assessment of Defendant Abrams. The BOP is better positioned to decide an appropriate placement, within BOP policy. Accordingly, it is

**ORDERED** that *pro se* Defendant Charlton Winston Abrams' Motion for Judicial Recommendation that Movant Spend the Last Twelve Months of his Sentence at a Residential Re-Entry Center or Halfway House Placement is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of December, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Charlton Winston Abrams
58075-018
FCI Edgefield
P. O. Box 725
Edgefield, SC  29824-725